FORM 9A. Notice of Related Case Information | Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**NOTICE OF RELATED CASE INFORMATION**

**Case Number** 25-1286, -1296

**Short Case Caption** Netlist, Inc. v. Samsung Electronics Co., Ltd.

**Filing Party/Entity** Micron Technology, Inc.; Micron Semiconductor Products, Inc.; Micron Technology Texas, LLC

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Netlist, Inc. v. Samsung Electronics Co., Ltd., E.D. Tex. No. 2:22-cv-00293
Netlist, Inc. v. Micron Technology Texas, LLC, E.D. Tex. No. 2:22-cv-00294

☐    Additional pages attached

FORM 9A. Notice of Related Case Information     Form 9A (p. 2)
March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Netlist, Inc.
> Samsung Electronics Co., Ltd.
> Samsung Semiconductor, Inc.
> Samsung Electronics America, Inc.
> Micron Technology Texas, LLC
> Micron Semiconductor Products, Inc.
> Micron Technology, Inc.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> See attached

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/27/2025

Signature: /s/ E. Joshua Rosenkranz

Name: E. Joshua Rosenkranz

# Attachment

**3. Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Covington & Burling LLP: Brian Nester, Alice J. Ahn

Fish & Richardson PC: Ruffin B. Cordell, Brian Livedalen, Bryan James Cannon, Christopher William Dryer, Daniel Aaron Tishman, Francis J. Albert, James Lee Huguenin-Love, Jonathan Benjamin Bright, Karolina Jesien, Katherine Reardon, Kathryn Ann Quisenberry, Lauren A. Degnan, Matthew Mosteller, Michael J. McKeon, Thomas Howard Reger, II

Gillam & Smith LLP: James Travis Underwood, Melissa Richards Smith

Haltom & Doan: Darby Vincent Doan, Jennifer Haltom Doan, Joshua Reed Thane, Mariah Leigh Hornok

Hilgers Graben PLLC: Grant K. Schmidt, Jon Bentley Hyland

Irell & Manella LLP: Jason G. Sheasby, Andrew J. Strabone, Yanan Zhao, Michael W. Tezyan, Jonathan M. Lindsay, David Z. Kahn, Hong Annita Zhong, Rebecca Carson, Thomas C. Werner, Alvin Matthew Ashley, Andrew Henderson, Anthony Q. Rowles, Benjamin Monnin, Ericka DiMeglio, Lisa Sharrock Glasser, Michael David Harbour, Nora Isabella Chestney, Philip J. Warrick, Stephen M. Payne

J. Wesley Hill, P.C.: Jack Wesley Hill

McKool Smith, P.C.: Jennifer Leigh Truelove, Kevin Lee Burgess, Samuel Franklin Baxter

Miller Fair Henry PLLC: Andrea Leigh Fair, Charles Everingham, IV

O'Melveny & Myers LLP: Amy Riley Lucas, Anton Metlitsky, Marc J. Pensabene, Mike Yoder

Orrick, Herrington & Sutcliffe LLP: Jared Bobrow

Truelove Law Firm: Justin Kurt Truelove

Winston & Strawn LLP: Aldo A. Badini, David P. Enzminger, Garrett C. Heller, Juan C. Yaquian, Matthew Hopkins, Matthew R. McCullough, Michael R. Rueckheim, Natalie Lynn Arbaugh, Rex Andrew Mann, Ryuk Park, Thomas M. Melsheimer, Vivek V. Krishnan, William Mitchell Logan, Brian Joseph Nisbet, Maureen L. Rurka, Tracea Lachelle Rice